

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00144-CV

———————————————

ADRIAN HATCHER AND SONIA HATCHER, Appellants

V.

STACY SAMPLEY, Appellee

On Appeal from County Court at Law No. 1
Parker County, Texas
Trial Court No. CIV-21-0744

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellants['] Agreed Motion to Dismiss with Prejudice," which is unopposed. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

It is further ordered that each party shall bear their own costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  September 15, 2022